MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SERRIN TURNER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone:   (212) 637-2701
Facsimile:    (212) 637-2686

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                              :
UNITED STATES OF AMERICA,                                     :
                                                              :
          Plaintiff,                                :
                                                              :
     -v.-                                                    :    08 Civ. 5019
                                                              :
AGNES F. NOLAN, in her personal                               :    ECF Case
capacity, and AGNES F. NOLAN, as                              :
personal representative for the estate of                     :
RICHARD E. NOLAN, deceased,                                   :
                                                              :
          Defendants.                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## NOTICE OF VOLUNTARY DISMISSAL

       WHEREAS, the complaint in this case, filed on May 30, 2008, is redundant to a complaint previously filed in this Court, *see United States of America v. Nolan*, 07 Civ. 8594 (JGK) (filed Oct. 3 2007) (the "Original Complaint");

       WHEREAS, the complaint in this case was filed simply to preserve the timeliness of the Government's claims in the event that a motion filed by defendants on April 29, 2008 to dismiss the Original Complaint was granted; and

       WHEREAS, defendants' motion to dismiss the Original Complaint was denied on July 8, 2008, making the instant complaint no longer necessary,

2

      PLEASE TAKE NOTICE that this case is hereby voluntarily dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(i) and that *United States v. Nolan*, 07 Civ. 8594 (JGK), will proceed.

Dated: New York, New York  
       July 16, 2008

MICHAEL J. GARCIA  
United States Attorney for the  
Southern District of New York  
Attorney for the United States of America

By:    /s/ Serrin Turner  
SERRIN TURNER (ST–0646)  
Assistant United States Attorney  
86 Chambers Street, 3rd Floor  
New York, New York 10007