UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                              Plaintiff(s)                              08 civ 5019 (JGK)

                  -against-                              ORDER OF DISCONTINUANCE

AGNES F. NOLAN,
                              Defendant(s).
-------------------------------------------------------------X

It having been reported to this Court that the parties have settled this action,

It is, on this 18TH day of **August,** 2008, hereby ordered that this matter be discontinued

with prejudice but without costs; provided, however, that within **30** days of the date of this order,

counsel for the plaintiff may apply by letter for restoration of the action to the calendar of the

undersigned, in which event the action will be restored.

SO ORDERED.

                                                      _____
                                                              JOHN G. KOELTL
                                                      UNITED STATES DISTRICT JUDGE

Dated: New York, New York
            August 18, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/18/2008_